10/29/18UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES SALIS,

    Plaintiff,

v.                                Case No.  3:18-cv-147-MCR/MJF

NORTH OKALOOSA FIRE DISTRICT,

    Defendant.

_____/

## **ORDER**

This cause is before this court upon Defendant's Motion to Compel Responses to Written Discovery and Incorporated Memorandum of Law filed September 27, 2018. (ECF No. 31). Also, before this court is Plaintiff's Response in Opposition to Defendant's Motion to Compel, which was filed on October 22, 2018. (ECF No. 34).

Defendant served Plaintiff with its First Set of Interrogatories and First Request for Production of Documents on July 13, 2018. (ECF No. 31 at 1). Pursuant to the Federal Rules of Civil Procedure, Plaintiff's response to Defendant's discovery requests was originally due on August 13, 2018. *See* Fed. R. Civ. P. 33(b)(2), 34(b)(2). Defendant granted Plaintiff several extensions, but Plaintiff has yet to respond. (ECF No 34 at 2-4).

Plaintiff contends that his failure to respond to Defendant's First Set of Interrogatories and First Request for Production of Documents is due to a serious medical condition. (ECF No. 34). Specifically, Plaintiff underwent emergency

surgery around October 8, 2018. (ECF No. 34 at 2). Plaintiff was released from the hospital on or about October 13, 2018, but purportedly still suffers from pain. (*Id.*). Plaintiff requested an additional twenty-one days to respond to Defendant's discovery requests.

Accordingly, it is **ORDERED:**

1. Defendant's Motion to Compel Responses to Written Discovery is **DENIED** without prejudice.

2. Plaintiff shall have until **5:00 p.m.** on **November 13, 2018**, to respond to Defendant's First Set of Interrogatories and First Request for Production of Documents.

**SO ORDERED** this 29th day of October 2018.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**