## UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CHARLES SALIS,

        Plaintiff,

vs.                                 Case No.:  18-cv-00147-MCR/GRJ

NORTH OKALOOSA FIRE DISTRICT,

        Defendant.

_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE THAT a mediation session will be held on Wednesday,

January 30, 2019, beginning at 10:30 a.m. CST, at the office of DAVIDSON & HIERS,

P.A., 1513 West Garden Street, Pensacola, FL 32502.  The mediator is DAVID W.

HIERS.

        Dated this 6th day of November, 2018.

                                     *s/ David W. Hiers*
                                     DAVID W. HIERS
                                     hiers@davidsonhierslaw.com
                                     FL Bar No.: 749877
                                     Florida Supreme Court
                                     Certified Circuit-Civil Mediator
                                     DAVIDSON & HIERS, P.A.
                                     1513 West Garden Street
                                     Pensacola, Florida 32501
                                     Telephone: (850) 287-0035

cc:    Marie A.  Mattox, Esquire
        Reynaldo Velazquez, Esquire