1

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA

CHARLES SALIS,
    Plaintiff,

vs.                    CASE NO:  18-cv-00147-MCR-GRJ

NORTH OKALOOSA FIRE DISTRICT,
    Defendant.

_____

        The deposition of **JASON NOBLES**, taken by the attorney for the defendant, commencing at approximately 11:40 a.m., on the 11th day of April 2019, at 348 Miracle Strip Parkway, Suite 11, Fort Walton Beach, Florida, before Dana L. Jeffries, Registered Professional Reporter and Notary Public in and for the State of Florida at large.

2

```
 1                        APPEARANCES

 2   FOR THE PLAINTIFF:
                                CINDY MYERS, ESQUIRE
 3                              Marie A. Mattox, P.A.
                                310 East Bradford Road
 4                              Tallahassee, FL  32303

 5   FOR THE DEFENDANT:
                                REYNALDO VELAZQUEZ, ESQUIRE
 6                              Ford Harrison, LLP
                                One SE Third Avenue
 7                              Suite 2130
                                Miami, FL  33131
 8
     ALSO PRESENT:              Brian Howe
 9
     _____
10
                            INDEX OF WITNESS
11                                                   PAGE NO.
     JASON NOBLES
12
     Direct Examination by Mr. Velazquez                3
13   Cross-Examination by Ms. Myers                     8
     Certificate of Oath                                10
14   Certificate of Reporter                            11

15
                            INDEX OF EXHIBITS
16
     PLAINTIFF'S NUMBER
17
     None
18
     DEFENDANT'S NUMBER
19
     1    Call History Record                           4
20
```

```
 1    WHEREUPON,
 2                        JASON NOBLES
 3    was called as a witness and, after having been first duly
 4    sworn, testified as follows:
 5                     DIRECT EXAMINATION
 6    BY MR. VELAZQUEZ:
 7         Q    Good morning, Mr. Nobles.  Can you please
 8    state and spell your name for the record?
 9         A    First name is going to be Jason, J-A-S-O-N,
10    Nobles, N-O-B-L-E-S.
11         Q    Okay.  And where are you currently employed,
12    Officer Nobles?
13         A    With Okaloosa County Sheriff's Office, and my
14    district is one, which is the Crestview area.  I'm patrol.
15         Q    Okay.  And how long have you been employed as
16    a deputy sheriff at the Okaloosa County Sheriff's Office?
17         A    Just a little bit over five years.
18         Q    And actually I made that assumption.  What is
19    your position with Okaloosa County?
20         A    I'm a deputy sheriff is what I'm here with
21    Okaloosa County Sheriff's Office.
22         Q    Let me restate that because I asked the
23    question incorrectly.  What is the position with the
24    Okaloosa County Sheriff's Office?
25         A    Deputy sheriff, patrol division.
```

```
 1          Q     And were you subpoenaed today to testify in
 2   this proceeding?
 3          A     Yes, sir.
 4                MR. VALEZQUEZ:  Let me show you what we'll
 5          mark as Defense Exhibit 1 of Deputy Nobles'
 6          deposition.
 7                (The document was marked for identification
 8          as Defendant's Exhibit 1.)
 9   BY MR. VELAZQUEZ:
10          Q     Officer Nobles, let me show you what we've
11   marked as Defense Exhibit 1, please.  Take a look at that
12   and let me know when you're ready to answer questions, sir.
13          A     Okay.
14          Q     You can keep it.  Hold onto it, I should say.
15   Have you seen the document that's marked Defense Exhibit 1
16   prior to today?
17          A     Yes, sir.
18          Q     And can you please explain for the record
19   what Defense Exhibit 1 is?
20          A     It's our call history order or CAD report, as
21   I would say.  It basically notates what the reason was for
22   the call, who was involved in the call, what notes we added
23   to the call and the disposition of the call, so if there's
24   a report taken, no report taken or a citation issued or
25   not.
```

| | |
|---|---|
| 1 | Q   Were you one of the officers that handled the |
| 2 | call reflected in Defense Exhibit 1? |
| 3 | A   Yes, sir.  I was in FTO training with my FTO |
| 4 | officer Deputy Schwall, and I was in fourth phase with him |
| 5 | at that time, so the final phase of training. |
| 6 | Q   Can you tell me what you observed on the |
| 7 | morning of March 13, 2017 in relation to the call that's |
| 8 | reflected in Defense Exhibit 1? |
| 9 | A   Yes, sir.  We were traveling southbound on |
| 10 | 85, on Highway 85 in Crestview.  We were approaching the |
| 11 | intersection of John King when we observed a Mustang, Ford |
| 12 | Mustang.  I don't recall the color, but it had red lights |
| 13 | activated and it was driving very quickly and changing |
| 14 | lanes without, you know, very much -- I think it was -- if |
| 15 | you don't mind me. |
| 16 | Q   Sure. |
| 17 | A   Improper passing and moving vehicles out of |
| 18 | the way because it had its lights activated.  We spoke to |
| 19 | our dispatch to see if there's any calls holding -- or |
| 20 | south of our location that would need fire or EMS, and they |
| 21 | advised us there wasn't.  We continued to follow the |
| 22 | vehicle and watch it.  When it got towards -- it got |
| 23 | towards the intersection of 85 and Rattlesnake Bluff, it |
| 24 | turned off its lights and pulled over onto Rattlesnake |
| 25 | Bluff and we got out of the vehicle. |

```
 1        Q    What was the name of the person that was
 2   driving the vehicle that is reflected in the Defense
 3   Exhibit 1?
 4        A    It was Charles Salis.
 5        Q    And did you engage Mr. Salis once he was
 6   pulled over and he was stopped?
 7        A    We got out and made contact with him to
 8   figure out what was going on.
 9        Q    Okay.
10        A    He advised he was a volunteer firefighter, I
11   think with the North Okaloosa Fire District, if I remember
12   correctly, and we asked him why he was running lights.  I
13   don't recall if he was running sirens or anything, but I do
14   remember he had his red lights activated and he told us he
15   had gotten a call on an app on his phone for an area off of
16   Rattlesnake Bluff, for an address off of Rattlesnake Bluff,
17   if I recall correctly.
18        Q    You recalled from dispatch there was no call
19   in that area, correct, sir?
20        A    Yes, sir.
21        Q    And what transpired after you engaged Mr.
22   Salis and addressed why it was he was running lights?
23        A    We -- we discussed why he was running lights,
24   and he said, you know, he got it from the app.  When we
25   looked at the app, if I recall the notes, it said the last
```

```
 1    call was on the 11th at 1937 hours.
 2         Q    Okay.
 3         A    So then we go that's multiple days past, why
 4    are you driving in such a careless manner, and he couldn't
 5    give us an answer.
 6         Q    And was Mr. Salis cited for the manner in
 7    which he was driving or running lights?
 8         A    He was given a written warning for careless
 9    driving due to his lights being activated and him running
10    people off the road -- not running people off the road or
11    moving people off the roads due to his lights being
12    activated and improper passing and issued by Deputy
13    Schwall.
14         Q    Okay.  And, again, you physically observed
15    Mr. Salis run his vehicle with his lights on?
16         A    Yes, sir.  Both me and Deputy Schwall
17    observed him.  We were in the same vehicle.
18         Q    And you physically observed the manner in
19    which he was driving?
20         A    Yes, sir.
21         Q    Which is the manner which you just described
22    right now, correct?
23         A    Yes, ma'am -- yes, sir.
24              MR. VELAZQUEZ:  I don't have anything
25         further.
```

```
 1                 MS. MYERS:  I have one question.
 2                 THE WITNESS:  Uh-huh (affirmative).
 3                          CROSS-EXAMINATION
 4     BY MS. MYERS:
 5          Q      Deputy, what is the date this happened?
 6          A      It was the 13th of March.
 7          Q      Of?
 8          A      Of 2017.
 9          Q      Okay.  That's it.
10                 MR. VELAZQUEZ:  Deputy, I'm sure this isn't
11          your first rodeo.  You can read or waive, just let
12          us know.
13                 THE WITNESS:  Is there anything else you guys
14          need from me?
15                 MS. MYERS:  That's it.
16                 THE WITNESS:  I appreciate it.
17                 MR. VELAZQUEZ:  Would you -- do you want to
18          read the transcript if it's ordered, or do you want
19          to waive?
20                 THE WITNESS:  Do you want me to read it?
21                 MR. VELAZQUEZ:  No.  No.  No.
22                 THE WITNESS:  What is a transcript?
23                 MR. VELAZQUEZ:  I'm going to order your
24          deposition transcript.  So when that happens, the
25          witness has an ability to review it to make sure
```

1   that the testimony accurately reflects what you
2   testified to, and if it is, you approve it.  If
3   there's any changes that you need to make, you can
4   make changes as long as it's not significant
5   alterations or you can waive that.  But you need to
6   let the court reporter know whether you want to
7   read or waive.
8           THE WITNESS:  I'll read just in case.
9           MR. VELAZQUEZ:  Okay.
10          (The reading of this deposition was not
11  waived and concluded at approximately 11:49 a.m.)

10

## CERTIFICATE OF OATH

STATE OF FLORIDA    )
COUNTY OF ESCAMBIA  )

      I, Dana L. Jeffries, RPR, Notary Public, State of Florida, hereby certify that JASON NOBLES personally appeared before me on 11th day of April, 2019 and was duly sworn.

      Signed this 1st day of May, 2019.

                                                  _____
                                                  DANA L. JEFFRIES, RPR
                                                  Registered Professional Reporter

11

CERTIFICATE OF REPORTER

STATE OF FLORIDA    )

COUNTY OF ESCAMBIA  )

      I, DANA L. JEFFRIES, Court Reporter, Registered Professional Reporter, certify that I was authorized to and did stenographically report the foregoing deposition of **JASON NOBLES**; that the witness has requested a review of the transcript pursuant to Rule 30(e)(2). The transcript, pages 1 through 9, is a true record and complete record of my stenographic notes.

      I further certify that I am not a relative, employee, or attorney, or counsel to any of the parties, nor am I a relative or employee of any of the parties' attorney, or counsel connected with the action, nor am I financially interested in the action.

      Dated this 1st day of May, 2019.

_____
DANA L. JEFFRIES, RPR
Registered Professional Reporter

| CALL HISTORY RECORD | OCSO17CAD040897 | Page 1 of 2 |
|---|---|---|

## CALL LOCATION

| Number | Dir | Street Name | | | Apt/Lot | City | | State | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| | | RATTLESNAKE BLUFF RD | | | | CRESTVIEW | | FL | 32536 |

Cross Street(s): STATE ROAD 85

Place/Landmark:

| Interstate | Bound | Mile Marker | Exit | Entrance | Overpass | Underpass | @Interstate |
|---|---|---|---|---|---|---|---|

| Highway | Miles | From | Towards |
|---|---|---|---|

Intersection:

Other Location:

| District | Zone |
|---|---|
| 1 | 4 |

## OCCURRENCE LOCATION

| Number | Dir | Street Name | | | Apt/Lot | City | | State | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| | | RATTLESNAKE BLUFF RD | | | | CRESTVIEW | | FL | 32536 |

Cross Street(s): STATE ROAD 85

Place/Landmark:

| Interstate | Bound | Mile Marker | Exit | Entrance | Overpass | Underpass | @Interstate |
|---|---|---|---|---|---|---|---|

| Highway | Miles | From | Towards |
|---|---|---|---|

Intersection:

Other Location:

| District | Zone |
|---|---|
| 1 | 4 |

| Complaint | Priority | Complainant | Phone Number | Contact |
|---|---|---|---|---|
| TRAFFIC STOP (10-50) | 1 | | | 911 |

| Primary Unit | Backup Unit(s) | | Dispatcher | Disposition Codes | | | |
|---|---|---|---|---|---|---|---|
| 258 OCSO | OCSO | 237 | DERRICKH | (1) 78-0 | (4) | | |
| | | | Call Taker | (2) M | (5) | | |
| | | | DERRICKH | (3) 3 | (6) | | |

### CALL DATES AND TIMES

| Received | Shipped | Dispatched | Enroute | Onscene | Closed |
|---|---|---|---|---|---|
| 3/13/2017 11:40:56 | 3/13/2017 11:40:56 | 3/13/2017 11:40:56 | 3/13/2017 11:40:56 | 3/13/2017 11:40:56 | 3/13/2017 12:23:20 |

### Subjects

Involvement: DRIVER
Name: SALIS, CHARLES EDWARD

EXHIBIT
Nobles 1
4-1-19

### Call Notes

| Added By | Time | Call # | Note |
|---|---|---|---|
| SLEDGED | 12:02:28 | 237 | CHECK IF SUBJ IS A VOLUNTEER WITH NORTH OKALOOSA FD |
| SLEDGED | 12:03:08 | | CONTACT MADE WITH DENNIS MCMASTER, SUBJ IS A VOLUNTEER WITH NORTH OKALOOSA FD |
| SLEDGED | 12:03:21 | | 237 PROVIDED PX FOR DENNIS MCMASTER |
| SCHWALLD | 12:19:54 | | VEHICLE PASSED BY ME WITH RED AND WHITE LIGHTS ACTIVATED |
| SCHWALLD | 12:20:03 | | DRIVER PASSED ME ON S FERDON NEAR JOHN KING |
| DERRICKH | 12:20:04 | 237 | DRIVER HAS BEEN RELEASED |
| SCHWALLD | 12:20:26 | | FOLLOWED VEHICLE TO RATTLESNAKE BLUFF RD AND TURNED LIGHTS OFF; PULLING OVER WITHOUT ME ACTIVATING LIGHTS |
| SCHWALLD | 12:20:39 | | SUBJECT INDICATED HE IS A VOLUNTEER WITH N OKALOOSA FD AND WAS RESPONDING TO CALL |
| SCHWALLD | 12:21:01 | | CONTACTED N OKALOOSA FD WHO SAID THEY HAD NOT BEEN TO A CALL SINCE 2300 ON 03/12/2017 |
| SCHWALLD | 12:21:11 | | DRIVER VERIFIED AS VOLUNTEER WITH N OKALOOSA FD |

| | | |
|---|---|---|
| SCHWALLD | 12:21:34 | SUBJECT SAID HE GOT AN APP HIT OF A CALL THAT WAS AT 85/RATTLESNAKE BLUFF |
| SCHWALLD | 12:21:49 | LOOKED AT APP AND IT SAID CALL WAS FROM 03/11/2017 AT 1937 HOURS |
| SCHWALLD | 12:22:08 | SUBJECT SAID HE WAS CANCELLED OFF TEXT BUT COULD NOT PROVIDE TEXT SAYING TEXTS DISAPPEAR OFF OF HIS PHONE |
| SCHWALLD | 12:22:25 | CONTACT MADE WITH N OKALOOSA FD CHIEF WHO ASKED HIM TO RESPOND TO THEIR STATION ASAP |
| SCHWALLD | 12:22:33 | WRITTEN WARNING ISSUED FOR CARELESS DRIVING |
| SCHWALLD | 12:23:05 | CARLESS DRIVING CONSISTED OF LIGHTS AND SIREN ACTIVATED, IMPROPER PASSING AND FORCING VEHICLES OFF THE ROAD (LIGHTS) |

No ProQA Report Available.

## Unit Timers

**237**  NOBLES, JASON R

| | | |
|---|---|---|
| ONSCENE | 3/13/17 | 11:43:15 |
| ONSCENE | 3/13/17 | 11:43:15 |
| AVAILABLE | 3/13/17 | 12:23:20 |

**258**  SCHWALL, DOUGLAS G

| | | |
|---|---|---|
| REPORTING | 3/13/17 | 11:40:56 |
| ONSCENE | 3/13/17 | 11:40:56 |
| AVAILABLE | 3/13/17 | 12:23:20 |