UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES SALIS,

    Plaintiff,

v.

NORTH OKALOOSA FIRE DISTRICT,

    Defendant.

CASE NO: 18-cv-00147-MCR-GRJ

**DECLARATION OF EDWARD CUTLER**

COUNTY OF OKALOOSA   )
                                ) ss.:
STATE OF FLORIDA       )

    I, Edward Cutler, being over eighteen years of age and fully competent to testify to the matters asserted herein, give the following declaration based on my personal knowledge:

    1.    My name is Edward Cutler. I was the Fire Chief of the North Okaloosa Fire District from 1998 until September 2017.

    2.    Charles Salis was a volunteer at the North Okaloosa Fire District from January 9, 2017, to July 8, 2017.

    3.    I made the decision to place Charles Salis on the North Okaloosa Fire District's volunteer roster.

-2-

4. I made the decision to remove Charles Salis from the North Okaloosa Fire District's volunteer roster.

5. During our interaction with Charles Salis to address his removal from the volunteer roster he told Deputy Chief Brian Howe to "fuck off."

6. I also removed a Caucasian male named Dean Matthews from the District's volunteer roster. Mr. Matthews was removed from the District's volunteer roster in December 2013.

I have read the foregoing Declaration and I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 13 MAY 2019

_Edward Cutler_
Edward Cutler

WSACTIVELLP:10470622.1