UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES SALIS,

    Plaintiff,

v.

NORTH OKALOOSA FIRE DISTRICT,

    Defendant.

CASE NO: 18-cv-00147-MCR-GRJ

**DECLARATION OF DREW TAYLOR**

COUNTY OF OKALOOSA  )
                          ) ss.:
STATE OF FLORIDA      )

    I, Drew Taylor, being over eighteen years of age and fully competent to testify to the matters asserted herein, give the following declaration based on my personal knowledge:

    1.    My name is Drew Taylor and I am Caucasian. I am currently a volunteer at the North Okaloosa Fire District.

    2.    I have volunteered with the North Okaloosa Fire District since September 19, 2016.

    3.    During my tenure with the North Okaloosa Fire District I have volunteered on the same shift as Jason Clarke.

-2-

4. While volunteering with Jason Clarke on the same shift he has not taken me on calls and left me at the station three times.

I have read the foregoing Declaration and I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _5/13/2019_

_____
Drew Taylor

WSACTIVELLP:10504245.1